# EXHIBIT "A"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL CLAIMS SERVICE, INC.** | * | **CIVIL ACTION NO.: 07-6808** |
| | * | |
| **versus** | * | **SECTION: L     MAG. "5"** |
| | * | |
| **STATE FARM FIRE & CASUALTY COMPANY** | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAG. ALMA L. CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Central Claims Service, Inc. ("Central Claims") who respectfully files its First Supplemental and Amended Complaint which states as follows:

**I.**

Other than as provided hereafter in this First Supplemented and Amended Complaint, plaintiff re-alleges, re-asserts and incorporates herein all of the assertions, averments and allegations asserted in its original Petition for Damages filed in the 24th Judicial District Court, for the Parish of Jefferson and removed by Defendant to the docket of this Honorable Court.

# EXHIBIT "A"

## II.

Plaintiff hereby supplements and amends Paragraph 9 of its original Petition for Damages to read as follows:

"9.

In September of 2005, Petitioner immediately notified State Farm of the damages resulting from Hurricane Katrina and shortly thereafter submitted sufficient proofs of loss including written and photographic documentation. The Proofs of Loss submitted included a comprehensive list of all damages, extra expenses, loss of business income and numerous other damages sustained by Petitioner, all of which were covered under the policy of insurance issued by State Farm. Plaintiff has complied with all of its duties as set forth in the policy of insurance issued by State Farm."

## III.

Central Claims hereby supplements and amends Paragraph 13 of its original Petition for Damages to read as follows:

"13.

Defendant arbitrarily and capriciously refused to compensate Petitioner to the full extent of damages sustained by Petitioner's real and business personal property that was destroyed and/or damaged by wind and resultant rainwater that permeated throughout the buildings. In an attempt to deprive Petitioner from recovering the full extent of its damages, Defendant has arbitrarily and capriciously refused to fully compensate Petitioner for the total amount of the damage sustained to its property, refused to make full payment of replacement costs of such damage and refused to pay all lost business income and extra expenses incurred by Petitioner."

**IV.**

Central Claims hereby supplements and amends Paragraph 20 of its original Petition for Damages to read as follows:

"20.

State Farm violated RS 22:658 and RS 22:1220 by failing to timely and fully compensate Petitioner for its covered damages, including but not limited to all property damages, extra expenses, and loss of business income due to the suspension of Petitioner's operations which were caused by direct physical loss to property.

20. A

When shopping for insurance coverage prior to purchasing the policy issued by State Farms, Central Claims sought coverage for all extra expenses and all loss of business income it might suffer as a result of a suspension of its operations or inability to perform its business operations, including but not limited to loss adjustment, as a result of a covered peril or loss event such as Hurricane Katrina.

20. B

State Farm represented that the policy it sold and issued to Central Claims provided such coverages.

20. C

The scope of coverage was an important factor to Central Claims in choosing coverage provided by State Farm and in acquiring the policy of insurance issued by State Farm to Central Claims.

20. D

To the extent State Farm asserts that its policy of insurance does not provide coverage for all such losses, including loss of business income and extra expenses, then State Farm misrepresented pertinent facts and/or insurance policy provisions that relate to coverage at issue in the policy of insurance issued by State Farm to Central Claims and this litigation.

20. E

As such, State Farm violated R.S. 22:1220 and Petitioner is entitled to recover all general, special, and consequential damages resulting from State Farm's breach of its obligations and duties under the statute, together with all the penalties and other amounts provided for by the statute."

**V.**

Central Claims hereby supplements and amends its original petition for damages by adding Paragraph 28 to read as follows:

"28.

To the extent Central Claims property was a total loss, State Farm is liable for the full value of same under the policy of insurance it issued to Central Claims pursuant to Louisiana's Valued Property Law, LSA-R.S. 22:695"

WHEREFORE Petitioner Central Claims Service, Inc. prays that this First Supplemental and Amended Complaint be filed herein and made a part of the record of these proceedings and that Defendant, State Farm Fire & Casualty Company by ordered to respond to same within the delays allowed by the Federal Rules of Civil Procedure. Petitioner, Central Claims Service, Inc. also prays for all relief sought forth in its original Petition for Damages as well as for judgment

herein in favor of petitioner, Central Claims Service, Inc. and against Defendant, State Farm Fire & Casualty, for all recoverable damages and amounts, including insurance proceeds, damages, penalties, attorneys fees, court costs, extra expenses, expert fees and such other amounts that are appropriate under the law and for such further legal and equitable relief as may be justified by the premises.

          Respectfully submitted,

          **GALLOWAY, JOHNSON, TOMPKINS,**
          **BURR & SMITH, APLC**

          By: /s/ B. Wesley Pitts
          **KEVIN L. COLE, Bar #4248**
          **THOMAS J. SMITH, Bar #17148**
          **B. WESLEY PITTS, Bar #23899**
          #3 Sanctuary Boulevard, Suite 301
          Mandeville, Louisiana 70471
          Tel: (985) 674-6680
          Fax: (985) 674-6681
          Attorneys for Central Claims Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of February, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record.

          /s/ B. Wesley Pitts
          **B. WESLEY PITTS**