## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL CLAIMS SERVICE, INC.** | * | **CIVIL ACTION NO.: 2007-6808** |
| **versus** | * | **SECTION:  L** |
| **STATE FARM FIRE & CASUALTY COMPANY** | * | **MAG.  5** |

## EX PARTE MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes  State Farm Fire and Casualty Company (hereinafter State Farm),  who, after conferring with counsel for Central Claims Service, Inc.,  and with counsel for Lexington Insurance Company ("Lexington"), respectfully move for the entry of the accompanying Agreed Protective Order Regarding Confidential Information.

WHEREFORE, movers pray that this motion be granted and that the accompanying Agreed Protective Order Regarding Confidential Information be signed and made an order of this Honorable Court.

Respectfully submitted,


/s/ **Adrianne L. Baumgartner**

**PORTEOUS, HAINKEL & JOHNSON**
ADRIANNE L. BAUMGARTNER (02861)
408 N. Columbia Street
Covington, LA  70434-2086
Telephone:  (985) 246-7430
*Attorney for State Farm Fire & Casualty Company*

1

## <u>CERTIFICATE OF SERVICE</u>

**I DO HEREBY CERTIFY** that on July 31, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Wesley Pitts

**/s/ Adrianne L. Baumgartner**
_____
**ADRIANNE L. BAUMGARTNER**