MINUTE ENTRY
FALLON, J.
OCTOBER 8, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL CLAIMS SERVICE, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 07-6808** |
| **STATE FARM FIRE AND CASUALTY, CO.** | * | **SECTION "L" (5)** |

  A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Wesley Pitts participated on behalf of the Plaintiff; Adrian Baumgartner and Joseph Cowan, participated on behalf of the Defendant. At the conference, the parties discussed the status of the case and the progress of discovery.

  IT IS ORDERED that the Defendant shall send a list of proposed dates that the parties can reserve for depositions no later than Tuesday, October 13, 2009. The Plaintiff shall respond with his availability for these proposed dates no later than Friday, October 16, 2009.

  IT IS FURTHER ORDERED that the Plaintiff shall make himself available during the week of October 19, 2009, to discuss the Defendant's objections to the scope of Plaintiff's 30(b)(6) notice. If the parties are unable to resolve these issues, they are directed to outline the dispute in letters to the Court and the Court will resolve the dispute.

  IT IS FURTHER ORDERED that an additional telephone status conference shall be scheduled on Thursday, October 29, 2009, at 2:00 p.m. The Court will initiate the call. The parties shall submit status letters at least two (2) days prior to this conference in order to advise

JS10(00:25)

the Court of any issues that may be discussed at the conference.